# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

## GENERAL ORDER
## DIRECTING THE WARDEN OF THE DONALD W. WYATT
## DETENTION FACILITY TO FILE STATUS REPORTS

In response to the coronavirus/COVID-19 pandemic, counsel for persons detained at the Donald W. Wyatt Detention Facility ("Wyatt") have filed applications for release in individual cases pending in this District. A primary basis cited in each of these applications is the risk of contracting COVID-19 because of their continued confinement. Persons at Wyatt are primarily pre-trial detainees under a contract with the United States Marshals Service (USMS) and immigration detainees under contract with the Immigration and Customs Enforcement (ICE).

To provide the Judges of this Court and the parties in these cases with current, consistent, and correct information to assess the common issue underlying these applications beginning Monday, April 20, 2020, it is hereby

O R D E R E D,

1. The Warden of Wyatt shall provide to this Court in writing, a twice weekly status report—every Monday and Thursday—concerning the incidence of infection of COVID-19 at Wyatt and the measures undertaken to mitigate the spread of COVID-19 at Wyatt. The status report shall include the following information:

    a. The total number of detainees at Wyatt that day (divided by USMS detainees and ICE detainees);

    b. The number of inmates tested and the number testing positive (numbers should be cumulative);

<ol start="3" style="list-style-type: lower-alpha">
<li>c. The number of staff tested and the number testing positive (numbers should be cumulative);</li>
<li>d. All efforts undertaken to mitigate the spread of COVID-19 both generally, and in response to any symptomatic inmate(s) and staff member(s) and/or positive test(s);</li>
<li>e. Protocols for screening and testing inmates, staff, and others entering or leaving each facility.</li>
</ol>

2. The reports shall be submitted by email to rid_ecf_intake@rid.uscourts.gov and the Clerk will docket each report on the CM/ECF system in case number 20-mc-00004;

3. Given the public interest in all criminal proceedings filed in this District, and in the issue of the potential spread of COVID-19 in the community, each status report will be available to the public on the Court's website and through CM/ECF.

4. Nothing in this Order shall prevent any individual Judge or party from seeking more information relevant to any application filed in this Court.

5. This Administrative Order shall remain in effect until further Order of the undersigned.

IT IS SO ORDERED.

By the Court:

April 16, 2020                     /s/ John J. McConnell Jr., Chief Judge