UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE:
DONALD W. WYATT DETENTION FACILITY                20-mc-00004

## STATUS REPORT (May 13, 2021)

| | | |
|---|---|---|
| Detainees at the Facility | **TOTAL:** | 547 |
| | **(% capacity)** | 71% |
| | USMS | 503 |
| | ICE | 29 |
| | Navy, Tribal, BOP | 15 |
| Cumulative number of detainees tested and vaccinated | **TOTAL:** | 9684 |
| | Negative tests | 9247 |
| | Pending tests | 36 |
| | Positive cases | 437 |
| | Cleared/Discharged | 437 |
| | Active cases | 0 |
| | (ICE) | 0 |
| | (non-ICE) | 0 |
| | Detainee vaccinations (1st dose) | 185 |
| | Detainee vaccinations (2nd dose) | 126 |
| Cumulative number of staff tested (as self-reported by staff and through Facility-sponsored testing of staff) and vaccinated | **TOTAL:** | 5613 |
| | Negative tests | 5470 |
| | Pending tests | 0 |
| | Positive cases | 143 |
| | Cleared | 143 |
| | Active cases | 0 |
| | Total Staff as of this Status Report | 230 |
| | Staff vaccinations (1st dose) | 132 |
| | Staff vaccinations (2nd dose) | 124 |

Respectfully Submitted,

/s/ Daniel W. Martin
Daniel W. Martin, Warden, Donald W. Wyatt Detention Facility