UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE:
DONALD W. WYATT DETENTION FACILITY        20-mc-00004

## SUPPLEMENTAL STATUS REPORT (June 21, 2021)

| Detainees at the Facility | TOTAL: | 630 |
|---|---|---|
| | (% capacity) | 82% |
| | USMS | 519 |
| | ICE | 98[1] |
| | Navy, Tribal, BOP | 13 |

| Cumulative number of detainees tested and vaccinated | TOTAL: | 10,114 |
|---|---|---|
| | Negative tests | 9,639 |
| | Pending tests | 0 |
| | Positive cases | 445 |
| | Cleared/Discharged | 437 |
| | Active cases | 8 |
| | (ICE) | 8 |
| | (non-ICE) | 0 |
| | Detainee vaccinations (1st dose) | 222 |
| | Detainee vaccinations (2nd dose) | 189 |

| Cumulative number of staff tested (as self-reported by staff and through Facility-sponsored testing of staff) and vaccinated | TOTAL: | 5,940 |
|---|---|---|
| | Negative tests | 5,797 |
| | Pending tests | 0 |
| | Positive cases | 143 |
| | Cleared | 143 |
| | Active cases | 0 |
| | Total Staff as of this Status Report | 221 |
| | Staff vaccinations (1st dose) | 141 |
| | Staff vaccinations (2nd dose) | 139 |

Respectfully Submitted,
/s/ *Daniel W. Martin*
Daniel W. Martin, Warden, Donald W. Wyatt Detention Facility

---

[1] In last Thursday's Status Report, the Facility noted that it anticipated receiving an additional 48 additional ICE detainees. However, the Facility received approximately 16 additional ICE detainees last Thursday, so this Supplemental Status Report reflects that smaller number of additions.