# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

IN RE:
DONALD W. WYATT DETENTION FACILITY          20-mc-00004

## SUPPLEMENTAL[1] STATUS REPORT (September 17, 2021)

| Detainees at the Facility | TOTAL: (% capacity) | 661 86% |
|---|---|---|
| | USMS | 539 |
| | ICE | 115 |
| | Navy, Tribal, BOP | 7 |

| Cumulative number of detainees tested and vaccinated | TOTAL: | 12,722 |
|---|---|---|
| | Negative tests | 12,353 |
| | Pending tests | 0 |
| | Positive cases | 469 |
| | Cleared/Discharged | 466 |
| | Active cases | 3 |
| | (ICE) | 0 |
| | (non-ICE) | 3 |
| | Detainee vaccinations (1st dose) | 355 |
| | Detainee vaccinations (2nd dose) | 279 |

| Cumulative number of staff tested (as self-reported by staff and through Facility-sponsored testing of staff) and vaccinated | TOTAL: | 6,999 |
|---|---|---|
| | Negative tests | 6,848 |
| | Pending tests | 0 |
| | Positive cases | 152 |
| | Cleared | 148 |
| | Active cases | 4 |
| | Total Staff as of this Status Report | 244 |
| | Staff vaccinations (1st dose) | 163 |
| | Staff vaccinations (2nd dose) | 139 |

Respectfully Submitted,
/s/ *Daniel W. Martin*
Daniel W. Martin, Warden, Donald W.
Wyatt Detention Facility

---

[1] After filing yesterday's Status Report, the Facility confirmed two additional positive staff cases to counsel, bringing the total active staff cases from two to four. This Supplemental report includes those two new cases.