# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

IN RE:

DONALD W. WYATT DETENTION FACILITY            20-mc-00004

## STATUS REPORT (September 16, 2021)

| Detainees at the Facility | TOTAL: (% capacity) | 661 86% |
|---|---|---|
| | USMS | 539 |
| | ICE | 115 |
| | Navy, Tribal, BOP | 7 |

| Cumulative number of detainees tested and vaccinated | TOTAL: | 12,722 |
|---|---|---|
| | Negative tests | 12,353 |
| | Pending tests | 0 |
| | Positive cases | 469 |
| | Cleared/Discharged | 466 |
| | Active cases (ICE) | 3 |
| | Active cases (non-ICE) | 0 |
| | Detainee vaccinations (1st dose) | 3 |
| | Detainee vaccinations (2nd dose) | 355 |

| Cumulative number of staff tested (as self-reported by staff and through Facility-sponsored testing of staff) and vaccinated | TOTAL: | 6,999 |
|---|---|---|
| | Negative tests | 6,848 |
| | Pending tests | 0 |
| | Positive cases | 150 |
| | Cleared | 148 |
| | Active cases | 2 |
| | Total Staff as of this Status Report | 244 |
| | Staff vaccinations (1st dose) | 163 |
| | Staff vaccinations (2nd dose) | 139[1] |

Respectfully Submitted,

/s/ *Daniel W. Martin*

Daniel W. Martin, Warden, Donald W. Wyatt Detention Facility

---

[1] N.B. The Facility has begun providing the Johnson & Johnson (single-dose) vaccine in addition to the Moderna (two-dose) vaccine. Therefore, the "1st dose" and "2nd dose" numbers will never equal each other.