# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

IN RE:

DONALD W. WYATT DETENTION FACILITY                    20-mc-00004

## STATUS REPORT (September 23, 2021)

| Detainees at the Facility | **TOTAL:** | 675 |
|---|---|---|
|  | **(% capacity)** | 88% |
|  | USMS | 560 |
|  | ICE | 106 |
|  | Navy, Tribal, BOP | 9 |

| Cumulative number of detainees tested and vaccinated | **TOTAL:** | 13,700 |
|---|---|---|
|  | Negative tests | 12,969 |
|  | Pending tests | 215 |
|  | Positive cases | 516 |
|  | Cleared/Discharged | 466 |
|  | Active cases | 50 |
|  | (ICE) | 0 |
|  | (non-ICE) | 50 |
|  | Detainee vaccinations (1st dose) | 355 |
|  | Detainee vaccinations (2nd dose) | 279[1] |

| Cumulative number of staff tested (as self-reported by staff and through Facility-sponsored testing of staff) and vaccinated | **TOTAL:** | 7,149 |
|---|---|---|
|  | Negative tests | 6,990 |
|  | Pending tests | 2 |
|  | Positive cases | 157 |
|  | Cleared | 150 |
|  | Active cases | 7 |
|  | Total Staff as of this Status Report | 244 |
|  | Staff vaccinations (1st dose) | 163 |
|  | Staff vaccinations (2nd dose) | 139 |

Respectfully Submitted,

*/s/ Daniel W. Martin*

Daniel W. Martin, Warden, Donald W. Wyatt Detention Facility

---

[1]     N.B. The Facility has provided the Johnson & Johnson (single-dose) vaccine in addition to the Moderna (two-dose) vaccine. Therefore, the "1st dose" and "2nd dose" numbers will never equal each other. Staff vaccination totals reflect total staff vaccinated, some of whom may no longer be employed by the Facility.