UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE:
DONALD W. WYATT DETENTION FACILITY          20-mc-00004

**STATUS REPORT (December 16, 2021)**

| Detainees at the Facility | TOTAL: | 692 |
|---|---|---|
|  | (% capacity) | 90% |
|  | USMS | 606 |
|  | ICE | 78 |
|  | Navy, Tribal, BOP | 8 |

| Cumulative number of detainees tested and vaccinated | TOTAL: | 19,880 |
|---|---|---|
|  | Negative tests | 19,308 |
|  | Pending tests | 0 |
|  | Positive cases | 572 |
|  | Cleared/Discharged | 572 |
|  | Active cases | 0 |
|  | (ICE) | 0 |
|  | (non-ICE) | 0 |
|  | Detainee vaccinations (1st dose) | 447 |
|  | Detainee vaccinations (2nd dose) | 397 |

| Cumulative number of staff tested (as self-reported by staff and through Facility-sponsored testing of staff) and vaccinated | TOTAL: | 9,138 |
|---|---|---|
|  | Negative tests | 8,970 |
|  | Pending tests | 0 |
|  | Positive cases | 168 |
|  | Cleared | 164 |
|  | Active cases | 4 |
|  | Total Staff (in-facility) | 219 |
|  | Staff vaccinations (1st dose) | 164[1] |
|  | Staff vaccinations (2nd dose) | 140 |

Respectfully Submitted,
/s/ Daniel W. Martin
Daniel W. Martin, Warden, Donald W. Wyatt Detention Facility

---

[1] Staff vaccination totals reflect cumulative staff vaccinated, some of whom are no longer employed by the Facility. The Facility continues to survey its staff for confirmation of vaccination status and has received confirmation that 172 of its current staff are vaccinated. The Facility also continues to work on obtaining confirmations from any other staff who have been vaccinated.