UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE:
DONALD W. WYATT DETENTION FACILITY                    20-mc-00004
STATUS REPORT (January 20, 2022)

| Detainees at the Facility | TOTAL: | 673 |
|---|---|---|
| | **(% capacity)** | 87% |
| | USMS | 580 |
| | ICE | 87 |
| | Navy, Tribal, BOP | 6 |

| Cumulative number of detainees tested and vaccinated | TOTAL: | 23,365 |
|---|---|---|
| | Negative tests | 22,370 |
| | Pending tests | 0 |
| | Positive cases | 995 |
| | Cleared/Discharged | 818 |
| | Active cases | 177 |
| | (ICE) | 19 |
| | (non-ICE) | 158 |
| | Detainee vaccinations (1st dose) | 459 |
| | Detainee vaccinations (2nd dose) | 409 |
| | Detainee vaccinations (booster) | 22 |

| Cumulative number of staff tested (as self-reported by staff and through Facility-sponsored testing of staff) and vaccinated | TOTAL: | 10,109 |
|---|---|---|
| | Negative tests | 9,845 |
| | Pending tests | 0 |
| | Positive cases | 264 |
| | Cleared | 257 |
| | Active cases | 7 |
| | Total Staff (in-facility) | 210 |
| | Staff vaccinations (1st dose) | 164[1] |
| | Staff vaccinations (2nd dose) | 140 |

Respectfully Submitted,
/s/ Daniel W. Martin
Daniel W. Martin, Warden, Donald W. Wyatt Detention Facility

---

[1]   Staff vaccination totals reflect cumulative staff vaccinated, some of whom are no longer employed by the Facility. The Facility has received confirmation that 169 of its current staff are vaccinated.