UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE:
DONALD W. WYATT DETENTION FACILITY          20-mc-00004

STATUS REPORT (January 27, 2022)

| Detainees at the Facility | TOTAL: (% capacity) | 649 84% |
|---|---|---|
| | USMS | 598 |
| | ICE | 45 |
| | Navy, Tribal, BOP | 6 |

| Cumulative number of detainees tested and vaccinated | TOTAL: | 23,660 |
|---|---|---|
| | Negative tests | 22,559 |
| | Pending tests | 103 |
| | Positive cases | 998 |
| | Cleared/Discharged | 948 |
| | Active cases | 50 |
| | (ICE) | 4 |
| | (non-ICE) | 46 |
| | Detainee vaccinations (1st dose) | 469 |
| | Detainee vaccinations (2nd dose) | 423 |
| | Detainee vaccinations (booster) | 92 |

| Cumulative number of staff tested (as self-reported by staff and through Facility-sponsored testing of staff) and vaccinated | TOTAL: | 10,255 |
|---|---|---|
| | Negative tests | 9,987 |
| | Pending tests | 0 |
| | Positive cases | 268 |
| | Cleared | 262 |
| | Active cases | 6 |
| | Total Staff (in-facility) | 215 |
| | Staff vaccinations (1st dose) | 164[1] |
| | Staff vaccinations (2nd dose) | 140 |

Respectfully Submitted,
/s/ *Daniel W. Martin*
Daniel W. Martin, Warden, Donald W. Wyatt Detention Facility

---

[1] Staff vaccination totals reflect cumulative staff vaccinated, some of whom are no longer employed by the Facility. The Facility has received confirmation that 174 of its current staff are fully vaccinated and, of that number, 51 have received booster doses.